# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　**Plaintiff,**<br><br>**vs.**<br><br>**LUIS LORENZO-URBINA**<br><br>　　　　　　**Defendant.** | **8:17CR194**<br><br>**JUDGMENT** |

For the reasons set forth in the Court's Memorandum and Order of this date,

IT IS ORDERED:

Defendant Luis Lorenzo-Urbina's Petition for Writ of Error Coram Nobis, construed as a Petition pursuant to 28 U.S.C. § 2255, ECF No. 34, is denied.

Dated this 3rd day of June 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge